People ex rel. Jean Mathias, Plaintiff-Appellee, v. Donald Mathias, Defendant-Appellant.

Gen. No. 9,897.

Merrill F. Wehmhoff, for appellant; Redmon, Smith & Hull, for appellee; A. Lewis Hull, of counsel. Opinion by JUSTICE CARROLL. Not to be published in full. Opinion filed June 1, 1953; released for publication June 17, 1953.